*In re* **SMITH**, Herbert Frank Jr. (MR 21378)
Orland Park, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Herbert Frank Smith Jr. is disbarred.

*In re* **ZMIGROCKI**, James Joseph (MR 21411)
Chicago, IL

Order of the Court:

The motion by James Joseph Zmigrocki to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.